■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE BRODERICK, Appellant. [679 NYS2d 847] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Firetog, J.), rendered November 22, 1994, convicting him of

robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The court committed reversible error when, after the defense counsel made his peremptory challenges, it permitted the prosecutor to belatedly exercise a peremptory challenge to a still unsworn, prospective juror (*see,* CPL 270.15 [2]; *People v McQuade,* 110 NY 284; *People v Lebron,* 236 AD2d 423; *People v De Conto,* 172 AD2d 684, *affd* 80 NY2d 943; *see also, People v Alston,* 88 NY2d 519).

Further, we note that the court erred in refusing to charge that a reasonable doubt could arise from a lack of evidence as well as from the evidence presented (*see, People v Roldos,* 161 AD2d 610). Bracken, J. P., Pizzuto, Friedmann and Luciano, JJ., concur.